"0"

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2016

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR 12-0200-GW |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed. R. Cim. P. 32.1(a)(6); |
| GERARDO NAVARRO RIOS, | ) | 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature of the offenses; immigration status; no bail resources</u>

_____

_____

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____

_____

_____

_____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 11, 2016

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge